SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
Acting Chief, Tax Division
    300 North Los Angeles Street
    Federal Building, Suite 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOSHUA S. PAINTER,<br><br>    Defendant. | No. CV 17-987-GW(SPx)<br><br>JUDGMENT |

Based on the stipulation of the parties and a showing of good cause, the Court orders as follows:

1. For tax year 2011, Joshua S. Painter is liable to the United States of America in the amount of $81,151.22.

2. Interest shall continue to accrue under 26 U.S.C. Sections 6602 and 6621 on the amount owed until the liability set forth herein is paid in full.

IT IS SO ORDERED.

Dated: June 23, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE